**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
EMILSE S.,

                Plaintiff,                24 **CIVIL** 3732 (GRJ)

      -against-                       **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Decision & Order dated January 27, 2025, Plaintiff's Motion for Judgment on the Pleadings is GRANTED, and this case is remanded for further administrative proceedings consistent with this Decision and Order; accordingly, this case is closed.

**Dated:** New York, New York
         February 20, 2025

                                              **TAMMI M. HELLWIG**
                                                **Clerk of Court**

                **BY:**

                                                  **Deputy Clerk**